■ In the Matter of SAMUEL WEISS.—

Concur — Botein, P. J., Breitel, Eager and Noonan, JJ.